**NICHOLAS G. VASKOV**
City Attorney
Nevada Bar No. 8298
**BRIAN R. REEVE**
Assistant City Attorney
Nevada Bar No. 10197
**BRANDON P. KEMBLE**
Assistant City Attorney
Nevada Bar No. 11175
240 Water Street, MSC 144
Henderson, NV 89015
(702) 267-1231
(702) 267-1201 Facsimile
brian.reeve@cityofhenderson.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MARC GALLI,<br><br>    Plaintiff,<br><br>v.<br><br>ANTHONY RUSH, individually and in his official capacity; EDWARD PICKUP, individually and in his official capacity; HENDERSON FIRE DEPARTMENT, a municipal entity; MARISSA MEYERS, individually and in her official capacity; and JOSHUA FILSINGER, individually and in his official capacity; HENDERSON POLICE DEPARTMENT, a municipal entity; CITY OF HENDERSON, a municipal entity; and DOE DEFENDANTS I – X,<br><br>    Defendants. | CASE NO. 2:22-cv-00023-APG-NJK<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR HENDERSON DEFENDANTS TO FILE THEIR REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**<br><br>**(FIRST REQUEST)** |

Defendants Anthony Rush, Edward Pickup, Henderson Fire Department, Marissa Myers, Joshua Filsinger, Henderson Police Department, and City of Henderson (collectively "Henderson Defendants"), through their attorney of record, Brian R. Reeve, Assistant City Attorney, and Plaintiff Marc Galli ("Galli"), by and through his attorney of record, Lisa A. Rasmussen, Esq., of the Law Office of Kristina Wildevelde and Associates, hereby stipulate and agree pursuant to LR IA 6-1 and

LR IA 6-2 to extend the time for the Henderson Defendants to file their Reply in Support of Motion for Summary Judgment by fourteen (14) days to November 29, 2022.  This is the Henderson Defendants' first request for such an extension of time.

The Henderson Defendants filed their Motion for Summary Judgment on September 21, 2022. (ECF 23).  On October 12, 2022, the parties filed a Stipulation to Extend Deadline for Plaintiff to Respond to Defendants' Motion for Summary Judgment. (ECF 25).  The Stipulation requested a 21-day extension of time, making Plaintiff's response due on November 2, 2022.  The Court approved the Stipulation on October 13, 2022. (ECF 26).  On November 1, 2022, Plaintiff filed his Response to Defendants' Motion for Summary Judgment.  (ECF 27).   Under LR 7-2(b), the Henderson Defendants' Reply in support of their Motion for Summary Judgment would be due on November 15, 2022.  However, due to the Henderson Defendants' counsel being out of the office and having to attend to matters involving other preexisting deadlines upon his return, the parties agree that good cause exists for a 14-day extension of time for the Henderson Defendants to file their Reply brief in support of their Motion for Summary Judgment.

Based on the foregoing, the parties HEREBY STIPULATE AND AGREE that the time for the Henderson Defendants to file their Reply in support of their Motion for Summary Judgment shall

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

be extended by fourteen (14) days, from November 15, 2022, to November 29, 2022.

**IT IS SO STIPULATED.**

DATED this November 9, 2022.                    DATED this November 9, 2022.

CITY OF HENDERSON                                THE LAW OFFICES OF KRISTINA WILDEVELD

/s/ Brian R. Reeve                               /s/ Lisa A. Rasmussen
**BRIAN R. REEVE**                               **LISA A. RASMUSSEN**
Assistant City Attorney                          Nevada Bar No. 7491
Nevada Bar No. 10197                             550 East Charleston Blvd., Suite A
240 Water Street, MSC 144                        Las Vegas, NV 89104
Henderson, NV 89015

Attorneys for Defendants                         Attorneys for Plaintiff
City of Henderson et al                          Marc Galli

## ORDER EXTENDING DEADLINE

IT IS SO ORDERED.

_____
**UNITED STATES DISTRICT COURT JUDGE**

November 14, 2022
DATED:

3